In the Matter of BERWIND-WHITE COAL MINING COMPANY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Submitted September 25, 1939; decided September 27, 1939.

Motion for reargument denied and motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding after the words " be and the same hereby is affirmed, with costs," the words " upon the sole ground that the City Sales Tax Law as here applied violates the Commerce Clause (Art. 1, sec. 8, cl. 3) of the Constitution of the United States." (See 281 N. Y. 610.)